# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM KANG,<br><br>        Petitioner,<br><br>  v.<br><br>STIRLING PRICE, Director of Atascadero State Hospital,<br><br>        Respondent. | Case No. CV 18-6284 FMO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: October 4, 2018

                                                /s/
                                   FERNANDO M. OLGUIN
                                   UNITED STATES DISTRICT JUDGE